Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELLI MACE,** Plaintiff, | Case No. 4:10-cv-04399-LB |
| vs. | **NOTICE OF SETTLEMENT** |
| **GC SERVICES, LIMITED PARTNERSHIP,** Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 3rd day of January, 2011.

By: s/Todd M. Friedman
    TODD M. FRIEDMAN (216752)
    Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 3rd day of January, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Laurel Beeler
United States District Court
Northern District of California

Renee Choy Ohlendorf
Hinshaw & Culbertson LLP
Attorneys for Defendant

This 3rd day of January, 2011

s/Todd M. Friedman
Todd M. Friedman