**UNITED STATES DISTRICT COURT**

**Northern District of California**

Oakland Division

| | |
|---|---|
| KELLI MACE, | No. C 10-04399 LB |
| Plaintiff, | **ORDER VACATING JANUARY 27, 2011 CASE MANAGEMENT CONFERENCE** |
| v. | |
| GC SERVICES, LIMITED PARTNERSHIP, | |
| Defendant. | |

On January 3, 2011, Plaintiff filed a notice with the court indicating that the case had settled and requesting 60 days within which to file dispositive documentation. ECF No. 8 at 1. Accordingly, the court **HEREBY VACATES** the Case Management Conference currently set for January 27, 2011 and **ORDERS** the parties to file a Stipulation of Dismissal and Proposed Order by March 4, 2011.

**IT IS SO ORDERED.**

Dated: January 3, 2011

_____
LAUREL BEELER
United States Magistrate Judge