Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELLI MACE,**  <br>Plaintiff,  <br><br>vs.  <br><br>**GC SERVICES, LIMITED PARTNERSHIP,**  <br>Defendant. | Case No. 4:10-cv-04399-LB  <br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Northern District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is hereby served upon Defendant.

Respectfully submitted this 17th day of January, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN (216752)
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Voluntary Dismissal - 1

Filed electronically on this 17th day of January, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Laurel Beeler
United States District Court
Northern District of California

Renee Choy Ohlendorf
Hinshaw & Culbertson LLP
Attorneys for Defendant

This 17th day of January, 2011

<u>s/Todd M. Friedman</u>
Todd M. Friedman